IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| WILLIAM D. LEE, | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 24-cv-2141-RJD |
| v. | ) | |
| MICHAEL BAILEY, | ) | |
| Defendant. | ) | |

**ORDER**

**DALY, Magistrate Judge:**

Plaintiff filed this lawsuit pro se pursuant to 42 U.S.C. §1983, alleging that Defendant violated his Eighth Amendment rights at Pinckneyville Correctional Center. Doc. 1. On two occasions, the Court warned Plaintiff that he must notify the Court of any changes in address within 14 days of the change. Docs. 5, 15. On June 3, 2025, Plaintiff informed the Court that he was transferring to Joliet Treatment Center, an IDOC facility. Doc. 31. Currently pending before the Court is Defendant's Motion to Dismiss for failure to prosecute this case. Defendant explains that his attorney started contacting Joliet Treatment Center on March 31, 2026 to schedule Plaintiff's deposition and learned that he was no longer there. Counsel later found that IDOC released Plaintiff on parole in September 2025.[1]    On April 30, 2026, Defendant filed a Motion to Dismiss for lack of prosecution based on Plaintiff's failure to inform the Court of his address change. Doc. 44. Defendant requested dismissal with prejudice.

---

[1] https://idoc.illinois.gov/offender/inmatesearch.html (last accessed June 3, 2026).

Nearly five weeks later (as of the date of this order), Plaintiff has not filed a Response to the Motion to Dismiss. Of course, he probably did not receive the Motion to Dismiss since neither defense counsel nor the Court has his current address, but that is why it is so important for pro se litigants to comply with the Court's orders regarding address changes. In any event, it appears that Plaintiff has lost interest in this case. Federal Rule of Civil Procedure 41(b) permits the Court to grant a motion to dismiss a case for the plaintiff's failure to prosecute. Dismissal is appropriate here because Plaintiff failed to comply with Orders by the Court. Consequently, Defendant's Motion (Doc. 44) is GRANTED and this case is DISMISSED WITH PREJUDICE. All pending deadlines are VACATED. The Clerk of Court is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED: June 3, 2026**

_____
**Hon. Reona J. Daly**
**United States Magistrate Judge**